IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO GUERRERO ALVAREZ, | 1:06-CV-1610 AWI WMW HC |
| Petitioner, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST |
| D. K. SISTO, | ACCOUNT STATEMENT **OR** PAY FILING FEE |
| Respondent.     / | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, the copy of petitioner's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a

1 completed application to proceed in forma pauperis and a certified copy of his prison trust account
2 statement for the six month period immediately preceding the filing of the petition, or in the alternative,
3 pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation
4 that this action be dismissed.

5 IT IS SO ORDERED.

6 **Dated:** **December 13, 2006**          **/s/ William M. Wunderlich**
  bl0dc4                                            UNITED STATES MAGISTRATE JUDGE